**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Adalberto CONTRERAS–CORIA, aka
Adalberto Contreras–Medina,
Defendant—Appellant.**

**No. 04–30534.
D.C. No. CR–04–00093–RSL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 19, 2006.

Patricia C. Lally, USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Colin Fieman, FPDWA—Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

---

1. All pending motions are ordered filed and denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

598

Before HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Adalberto Contreras–Coria appeals his conviction and 60–month sentence for conspiracy to distribute over 500 grams of cocaine, in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Contreras–Coria has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Contreras–Coria has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. *See United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (noting that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has no bearing on mandatory minimum cases).

We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.